```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 09-cr-112-02-PB

**Brian Juneau**

### O R D E R

Defendant, Brian Juneau, has moved through counsel to continue the trial scheduled for June 2, 2010, citing the need for additional time to schedule a plea hearing. The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 1, 2010 to July 7, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The clerk shall reschedule the plea hearing.

SO ORDERED.

                                                /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

June 1, 2010

cc:   Michael Zaino, AUSA
      Mark E. Howard, Esq.
      United States Probation
      United States Marshal